United States Courts
Southern District of Texas
FILED

October 29, 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CRIMINAL NO. 4:24-CR-00580-10-S** |
| § | |
| **[10] ASAD WALI KESARIA,** § | |
| § | |
| **Defendant.** § | |

## SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

1. On or about August 29, 2024, within the Southern District of Texas and elsewhere,

**[10] ASAD WALI KESARIA,**

defendant herein, for the purpose of evading the report requirements of Title 31, United States Code, Section 5331, and the regulations prescribed thereunder, knowingly caused a nonfinancial trade or business, to wit: Parts4Cells Inc., to fail to file a report required under the aforementioned statute and regulations that the trade or business had received more than $10,000 in currency in one transaction, to wit: the receipt of approximately $108,000 U.S. currency on or about August 15, 2024, as payment for an order of cell phones placed by Parts4Cells customer "Celforb" a/k/a "Jorge."

**In violation of Title 31, United States Code, Sections 5324(b)(1) and 5324(d)(1).**

## NOTICE OF FORFEITURE
31 U.S.C. § 5317(c)

2.	Pursuant to Title 31, United States Code, Section 5317(c), the United States gives notice that in the event of conviction of an offense in violation of Title 31, United States Code, Section 5324, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

NICHOLAS J. GANJEI<br>
United States Attorney

By: _____
Stephanie Bauman
Assistant United States Attorney
713-567-9000