UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> [10] ASAD WALI KESARIA, § <br> § <br> *Defendant.* § | CRIMINAL NO. 4:24-CR-00580-10-S |

## FACTUAL BASIS FOR GUILTY PLEA

If this case were to proceed to trial, the United States could prove each element of the offense of Count One of the Superseding Criminal Information, Structuring Transactions to Avoid Reporting Requirements, in violation of 31 U.S.C. §§ 5324(b)(1) and 5324(d)(1), beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

a. Between 2015 and 2025, Defendant Asad Wali KESARIA owned and operated a business, Parts4Cells Inc. (Parts4Cells), which had a storefront located in the Southern District of Texas. Parts4Cells was in the business of buying and selling wholesale quantities of used cell phones.

b. Parts4Cells was incorporated in the state of Texas by KESARIA's wife, Person A, in 2015, at KESARIA's request. At all times, KESARIA managed and controlled the activities of Parts4Cells, such as hiring employees, maintaining inventory, managing customer orders, and otherwise overseeing day-to-day operations of the business. Person A was listed on Texas Secretary of State paperwork and bank paperwork for the business because Person A was a citizen of the United States, and KESARIA was not a citizen of the United States. Person A did not work at the storefront location of Parts4Cells and did not make day-to-day decisions regarding the business operations of Parts4Cells. KESARIA worked at the storefront location of Parts4Cells and made day-to-day decisions regarding the business operations of Parts4Cells.

c. In May 2022, KESARIA had Person A open bank account x6321 in the name of Parts4Cells at Golden Bank. As part of the account opening paperwork, Person A acknowledged that she was aware of the responsibility to file a Form 8300. This form is required to be turned into the Internal Revenue Service (IRS) or the Financial Crimes Enforcement Network (FinCEN) within 15 days of whenever a business receives more than $10,000 in coins or cash in one transaction, or in related transactions. KESARIA stipulates that he was made aware of the Form 8300 reporting requirement through the Golden Bank opening paperwork.

d. On or about August 14, 2024, Parts4Cells received a payment on behalf of Parts4Cells customer "Celforb," located in Mexico. The payment was for an order of cell phones placed with Parts4Cells by "Celforb." KESARIA personally handled the payment and knew that it consisted of approximately $108,000 in U.S. currency. KESARIA confirmed acceptance of the cash with the owner of "Celforb" over WhatsApp messaging. With intent to evade the reporting requirements of the Bank Secrecy Act, KESARIA caused Parts4Cells to fail to file a Form 8300 documenting Parts4Cell's receipt of more than $10,000 in coins or cash by on or about August 29, 2024, i.e., 15 days after the cash delivery.

e. A financial undercover operation conducted by the United States revealed that the $108,000 U.S. currency was proceeds from violations of the Controlled Substances Act.

Respectfully submitted,
NICHOLAS J. GANJEI
United States Attorney

By: */s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9000